UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SERGIO RINCON,

       Plaintiff,

v.

SEAS & ASSOCIATES, LLC,

       Defendant.

Case No. 14-CV-1508-JPS

ORDER

  The plaintiffs initiated this action on December 3, 2014. (Docket #1). On June 30, 2015, the plaintiff filed a Stipulation of Dismissal signed by all parties. (Docket #27).

  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

  Accordingly,

  IT IS ORDERED that the plaintiffs' Stipulation of Dismissal (Docket #27) be and the same is hereby ADOPTED; this case be and the same is hereby DISMISSED with prejudice and without costs to any party.

  Dated at Milwaukee, Wisconsin, this 1st day of July, 2015.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge